## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| S.S.S.Z., | |
| Petitioner, | |
| v. | Case No: 3:26-cv-00056 |
| PAMELA BONDI, in her official capacity as Attorney General of the United States, *et al.* | |
| Respondents. | |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Petitioner hereby gives notice that this action is voluntarily dismissed without prejudice. Voluntary dismissal is permitted without a Court Order because no respondent in this action has served an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Respectfully Submitted,

Dated: January 28, 2026

/s/ David S. Santee

David S. Santee, PA 83832
Law Offices of David S. Santee, LLC
12 Veterans Square, Suite 1
Media, PA 19063
Email: david@santeelawoffices.com
Telephone: (215) 717-8000
Facsimile: (215) 895-3995

AND NOW, this 28th day of January, 2026
IT IS SO ORDERED,

*[signature]*
UNITED STATES DISTRICT JUDGE